11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Rhonda Connor Snow

Appellant

Vs.                   No. 11-02-00221-CR B Appeal from Dallas County

State of Texas

Appellee

 

Appellant has filed in this court a motion to
withdraw her appeal.  Appellant states that
she has decided not to continue with her appeal.  The motion is signed by both appellant and her attorney.  The motion is granted.  TEX.R.APP.P. 42.2.

The appeal is dismissed.

 

PER CURIAM

 

September 12, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.